ORIG. FILED

SEP 02 2011

JOSEPH HAAS
Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | |
|---|---|
| DEBORAH GEIKEN, | CIV. 11-4127 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| THARALDSON EMPLOYEE MANAGEMENT CO., a North Dakota Corporation, and UMR, INC., a Delaware Corporation, | |
| Defendants. | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

TO THE ABOVE ENTITLED COURT:

Pursuant to 28 U.S.C. § 1446(a), Defendant Tharaldson Employee Management Co. ("Tharaldson") gives notice that it removes this case to the United States District Court for the District of South Dakota, Southern Division, and asserts as follows.

1. Plaintiff Deborah Geiken is a resident of Sioux Falls, Minnehaha County, South Dakota.

2. Defendant Tharaldson Employee Management Co. is a North Dakota corporation with its principal place of business located in Fargo, North Dakota.

00959951.1

Case Number: Civ. 11-
Name of Document: Notice of Removal
Page 2

3. Defendant UMR, Inc., is a Delaware corporation with its principal place of business located in Wisconsin.

4. Plaintiff's Complaint seeks damages for medical and healthcare expenses of over $250,000, which exceeds $75,000, exclusive of interest and costs.

5. This Court has jurisdiction under 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Removal is also proper under 28 U.S.C. § 1441 as plaintiff's claim arises under the laws of the United States, specifically 29 U.S.C. § 1001 et seq. and 29 U.S.C. § 1161 et. seq.

7. On August 5, 2011, Tharaldson was served with a Summons and Complaint dated August 4, 2011, through its registered agent, which are attached as Exhibit A. These documents constitute all process, pleadings, and orders served upon Tharaldson in this action.

8. This Notice of Removal is timely filed within the 30 days provided for under 28 U.S.C. § 1446(b).

9. Defendant UMR, Inc. has advised that it consents to the removal.

10. Accordingly, Tharaldson seeks to remove this action from the Second Judicial Circuit, Minnehaha County, State of South Dakota, to the United States District

Case Number: Civ. 11-
Name of Document: Notice of Removal
Page 3

Court for the District of South Dakota, Southern Division. This Notice is filed with the Court under 28 U.S.C. § 1446(a). This Notice will also be filed with the Clerk of the Second Judicial Circuit, Minnehaha County, under 28 U.S.C. § 1446(d).

WHEREFORE, Tharaldson prays that all further proceedings be had as provided by the laws of the United States.

Dated this 2nd day of September, 2011.

                                    WOODS, FULLER, SHULTZ & SMITH P.C.


                              By_____
                                    Melanie Carpenter
                                    300 South Phillips Avenue, Suite 300
                                    Post Office Box 5027
                                    Sioux Falls, South Dakota 57117-5027
                                    (605) 336-3890
                                    Fax: (605) 339-3357
                                    Melanie.Carpenter@woodsfuller.com
                                    Attorneys for Defendant Tharaldson