FILED
SEP 02 2011

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| DEBORAH GEIKEN, | : | CIV. 11- 4127 |
| Plaintiff, | : | NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION |
| vs. | : | |
| THARALDSON EMPLOYEE MANAGEMENT CO., a North Dakota Corporation, and UMR, INC., a Delaware Corporation, | : | |
| | : | |
| Defendants. | | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

TO: PLAINTIFF DEBORAH GEIKEN AND HER ATTORNEY, JAMES HOY:

PLEASE TAKE NOTICE that on the 2nd day of September, 2011, Defendant Tharaldson Employee Management Co. ("Tharaldson") filed a Notice of Removal of the above-captioned action from the Second Judicial Circuit, Minnehaha County, State of South Dakota, to the United States District Court for the District of South Dakota, Southern Division, together with copies of all process and pleadings served upon Tharaldson in the action.

A copy of the Notice of Removal, together with copies of all papers attached thereto, are herewith served upon you.

00959954.1

Case Number: Civ. 11-
Name of Document: Notice of Filing of Notice of Removal
Page 2

Copies of this Notice to Plaintiff of filing of Notice of Removal of Action to the United States District Court for the District of South Dakota are being served upon the Minnehaha County Clerk of Courts, Sioux Falls, South Dakota, thereby effecting removal of said action to the United states District Court.

Dated this 2nd day of September, 2011.

WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Melanie Carpenter
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
(605) 336-3890
(605) 339-3357
Melanie.Carpenter@woodsfuller.com
Attorneys for Defendant Tharaldson

00959954.1